IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. GRANDE,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **STARBUCKS CORPORATION, et al.,** | : | |
| *Defendants*. | : | No. 18-04036 |

# ORDER

**AND NOW**, this 1st day of April, 2019, upon consideration of the Complaint (Doc. No. 1), the Motion to Dismiss of 1528 Walnut Limited Partnership (Doc. No. 16), the Motion to Dismiss of Two Six Two S. 18th Associates L.P. (Doc. No. 17), the Motion to Dismiss of Starbucks Corporation (Doc. No. 23), James Grande's Responses thereto (Doc. Nos. 22, 24, and 26), and the Reply of Starbucks Corporation (Doc. No. 25), it is **ORDERED** that the Motions to Dismiss (Doc. Nos. 16, 17, and 23) are **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**. Mr. Grande may file an amended complaint on or before May 1, 2019 if he believes he can cure the problems described in the accompanying Memorandum. The defendants shall have 21 days to respond to any amended pleading. If Mr. Grande does not file an amended complaint on or before May 1, 2019, this case may be closed without further notice to Mr. Grande.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE