## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. GRANDE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STARBUCKS CORPORATION, et al.,** | : | |
| *Defendants* | : | **No. 18-04036** |
| | : | |

## ORDER

**AND NOW**, this 7th day of February, 2020, upon consideration of the motions to dismiss (Doc. Nos. 31, 32, 33), Mr. Grande's responses in opposition (Doc. Nos. 34, 36), and the Defendants' reply briefs (Doc. Nos. 35, 40), it is **ORDERED** that the motions to dismiss are **GRANTED IN PART** and **DENIED IN PART**. To the extent Mr. Grande wishes to file an amended complaint in accordance with the Court's ruling, he must do so by no later than March 9, 2020.

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**