IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES C. GRANDE,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| STARBUCKS CORPORATION, et al.,<br>*Defendants* | : <br> : <br> : | No. 18-04036 |

## ORDER

AND NOW, this 20th day of August, 2020, upon consideration of the partial motion to dismiss (Doc. No. 50), the motion for protective order (Doc. No. 56), the motion for summary judgment (Doc. No. 58), the responses thereto (Doc. Nos. 59, 60, 63, 64), and the parties' status letters recently submitted with the Court, dated August 3, 2020 and August 6, 2020, in which the parties represented their continued efforts in discovery, it is **ORDERED** that the motion to dismiss (Doc. No. 50) is **GRANTED IN PART** and **DENIED IN PART,** the motion for a protective order is **GRANTED IN PART** and **DENIED IN PART**, and the motion for summary judgment is **DISMISSED AS PREMATURE**.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE