IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES C. GRANDE, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| STARBUCKS CORPORATION et al., | : | No. 18-4036 |
| *Defendant* | : | |

# ORDER

**AND NOW**, this ___ day of October, 2021, upon consideration of Defendants' Second Motion for Summary Judgment (Doc. No. 77), Plaintiff's Response in Opposition (Doc. No. 81), Defendants' Reply in Support (Doc. No. 82), and Plaintiff's Sur-Reply in Opposition (Doc. No. 83), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 77) is **GRANTED**.

2. The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1